UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| RHONDA LEA GERINGER,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF PLEASONTON, *et al.*,<br>              Defendants. | Case No.: 3:18-CV-00385-RCJ-WGC<br><br>ORDER |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 4[1]) entered on November 5, 2018, recommending that the Court deny Plaintiff's IFP Application (ECF No. 1) and dismiss this action. No objection to the Report and Recommendation has been filled.

This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 4) entered on November 5, 2018, should be adopted and accepted.

---

[1] Refers to Court's docket number.

1

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 4) entered on November 5, 2018, is adopted and accepted, and this action is DISMISSED.

IT IS FURTHER ORDERED that the Clerk of the Court shall close the case.

IT IS SO ORDERED.

Dated this 21st day of December, 2018.

_____
ROBERT C. JONES
Senior District Judge